JPML FORM 1A

DOCKET ENTRIES

OFFICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET   509 —   In re Houston Oil Trust Securities Litigation

| Date | Pldg. | Docket Description |
|------|-------|-------------------|
| 82/06/03 | 1 | MOTION, BRIEF, EXHIBITS, SCHEDULES OF CASES, CERT. OF SVC. -- Defts. Tenneco Inc. and Houston Oil & Minerals Corp. SUGGESTED TRANSFEREE DISTRICT: S. D. Texas SUGGESTED TRANSFEREE JUDGE:                                          (eaf) |
| 82/06/18 | | APPEARANCES -- DAVID R. HYDE, ESQ. for Tenneco Inc., Teneco Acquisition Co. and James L. Ketelsen; RICHARD B. MLLER, ESQ. for Houston Oil & Minerals Corp.; RICHARD N. CARRELL, ESQ. for Morgan Stanley & Co., Inc.; J. CLIFFORD GUNTER, III. ESQ. for First Int'l. Bank in Houston, etc.; MORTON L. SUSMAN, ESQ. for Eppler-Guerin & Turner, Inc., Merrell, Lynch, Pierce Fenner & Smith, Inc.; DENNIS J. BLOCK, ESQ. for Bear, Stearns & Co.; RICHARD P. KEETON, ESQ. for F. Fox Benton, Jr./Jon David Gooch, Dean P. Guerin/Frank A. Liddel, Jr., S.D. Oliphant/Erwin W. Smith, Jr., J.C. Walter, Jr./John E. Walters; DARREL E. REED, JR., ESQ. for Keplinger & Associates; WILLIAM E. MATTHEWS, ESQ. For Houston Oil Trust; NEAL SCHWARZFELD, ESQ. for Patricia Snitzer; ARTHUR TOBACK, ESQ. for Oscar Hyman, etc.; BERNARD D. FISCHMAN, ESQ. for Tillie Targoff, et al.; LAWRENCE N. WEISS, ESQ. for A.P.M.C. Assoc., Inc.; THOMAS HENRY COLEMAN, ESQ. for Louis B. Perillo; RONALD LITOVITZ, ESQ. for Howard Fine; MARTHA A. EVANS, ESQ. for Frederick V. Rand; DAVID J. BERSHAD, ESQ. for Charlotte Libauer; ALVIN J. IVERS, ESQ. for Dr. Irving Rosenberg; MOSHE BALSAM, ESQ. for Rose Cammer, et al.; STEPHEN D. SUSMAN, ESQ. for Morton B. Konig                                          (ds) |
| 82/06/22 | | APPEARANCES -- Daniel W. Krasner, Esq. for Seymour G. Beidner, etal.; Arthur N. Abbey, Esq. for Howard Sloan, etc.    (eaf) |
| 82/06/23 | 2 | REQUEST FOR EXTENSION OF TIME -- Pltf. Charlotte Libauer -- GRANTED to and including July 16, 1982 to ALL S. D. TEXAS PLAINTIFFS.         (eaf) |
| 82/06/24 | | APPEARANCES -- Burton L. Knapp, Esq. for Denco; David H. Marion,Esq. for Marshall J. Danien.         (eaf) |
| 82/06/25 | | APPEARANCE -- Stuart D. Wechsler, Esq. for Arnold Arnow.         (eaf) |
| 82/06/28 | 3 | RESPONSE, EXHIBITS, CERT. OF SVC. -- XXXXXXXXXXXXXXXXXXXX XXXXXXXXXXXXXXXXXXXXXXXXXXXX -- Pltf. Snitzer.  (eaf) |
| 82/06/28 | 4 | RESPONSE, EXHIBIT, CERT. OF SVC. -- Deft. Keplinger & Associates, Inc.    (eaf) |
| 82/06/28 | 5 | RESPONSE, CERT. OF SVC. -- Pltf. Perillo.  (eaf) |
| 82/06/28 | 6 | RESPONSE, EXHIBITS, CERT. OF SVC.--Pltf. Targoff,etal.(eaf) |
| 82/06/28 | | APPEARANCE -- Gene Mesh, Esq. for Esther Nemo, etc.  (eaf) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _____ --

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 82/06/30 | 7 | RESPONSE -- Deft. Bear, Stearns & Co. -- w/cert. of svc. |
| 82/07/01 | 8 | RESPONSE -- Deft. Houston Oil Trust -- w/cert. of svc.((emh)) |
| 82/07/02 | | APPEARANCE:   STANLEY R. WOLFE, ESQ. for Deliaah Gettler   (cds) |
| 82/07/02 | 9 | LETTER (re status of actions before Panel) -- signed by Charles A. Gilman, for Tenneco Inc. (cds) |
| 82/07/02 | 10 | LETTER (re status of actions before Panel) -- signed by Dennis J. Block, for Bear, Stearns & Co. (cds) |
| 82/07/06 | | APPEARANCE:   JACK CORINBLIT, ESQ. for Michael Debaets   (cds) |
| 82/07/12 | 11 | RESPONSE/BRIEF -- Pltf. Oscar Hyman w/cert. of svc. (ds) |
| 82/07/16 | 12 | RESPONSE -- Plaintiffs in S.D. Texas actions -- w/cert. of service  (cds) |
| 82/07/27 | 13 | LETTER -- Movant stating Litigation Moot w/cert. (ds) |
| 82/08/23 | | ORDER DENYING MOTION AS MOOT -- Notified all involved.(eaf) |

JPML Form 1

Revised: 8/78

page 1

DOCKET NO. 509 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION:  In re Houston Oil Trust Securities Litigation

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 8/23/82 | MO | unpub. | | | |

### Special Transferee Information

DATE CLOSED:  8/23/82

JPML FORM 1          LISTING OF INVOLVED ACTIONS          page 2

DOCKET NO. 509 -- IN RE HOUSTON OIL TRUST SECURITIES LITIGATION

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Patricia Snitzer, etc. v. Bear Stearns & Co., et al. | S.D.N.Y. Sweet | 82-1347 | *dismissed* | | — | 1/12/82 |
| A-2 | Oscar Hyman, etc. v. Houston Oil Trust, et al. | S.D.N.Y. Sprizzo | 82-1435 | *dismissed* | | — | 7/22/82 |
| A-3 | Tillie Targoff, et al., etc. v. Houston Oil & Minerals Corp., et al. | S.D.N.Y. Weinfeld | 82-1159 | *mov to* | *Tex S* | — | 6/23/82 8/23/82 |
| A-4 | A.P.M.C. Assoc., Inc., etc. v. Houston Oil & Minerals Corp., et al. | S.D.N.Y. Werker | 82-1836 | *mov to* | *Tex S* | — | 6/17/82 8/23/82 |
| A-5 | Arnold Arlow, etc. v. Houston Oil Trust, et al. | S.D.N.Y. Weinfeld | 82-1617 | *mov to* | *Tex S* | — | 6/23/82 8/23/82 |
| A-6 | Louie B. Perillo, etc. v. Tenneco Inc., et al. | C.D.Cal. Waters | 82-1344 | | — | *dismissed Cal C* 1/4/82 | |
| A-7 | Howard Fine v. Houston Oil Trust, et al. | S.D.Tex. Bue | H-82-551 | | | | 8/23/82 |
| A-8 | Esther Nemo, etc. v. First Int'l Bank in Houston, NA, Trustee of Houston Oil Trust, et al. | S.D.Tex. Bue | H-82-552 | | | | " |
| A-9 | Anthony Barsanti, et al. v. Houston Oil and Minerals Corp., et al. | S.D.Tex. Bue | H-82-554 | | | | " |
| A-10 | Tillie Targoff, et al. v. Houston Oil & Minerals Corp., et al. | S.D.Tex. Bue | H-82-555 | | | | " |

JPML FORM 1 -- Continuation

Listing of Involved Actions -- p. 3

DOCKET NO. 509 -- In re Houston Oil Trust Securities Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-11 | Denco v. F. Fox Benton, Jr., et al. | S.D.Tex. Bue | H-82-566 | | | | 8/23/82 |
| A-12 | Frederick Rand v. Houston Oil Trust, et al. | S.D.Tex. Bue | H-82-571 | | | | " |
| A-13 | Seymour G. Beinder, et al. v. Houston Oil & Minerals Corp., et al. | S.D.Tex. Bue | H-82-643 | | | | " |
| A-14 | Charlotte Libauer v. F. Fox Benton, Jr., et al. | S.D.Tex. Bue | H-82-644 | | | | " |
| A-15 | Dr. Irvin Rosenberg, etc. v. Houston Oil Trust, et al. | S.D.Tex. Bue | H-82-645 | | | | " |
| A-16 | Marshall J. Danien, etc. v. Houston Oil Trust, et al. | S.D.Tex. Bue | H-82-646 | | | | " |
| A-17 | Rose Cammer, et al. v. Houston Oil Trust, et al. | S.D.Tex. Bue | H-82-688 | | | | " |
| A-18 | Morton B. Konig v. Houston Oil & Minerals Corp. , et al. | S.D.Tex. Bue | H-82-969 | | | | " |
| A-19 | Howard Sloan, etc. v. Houston Oil & Minerals Corp., et al. | S.D.Tex. Bue | H-82-731 | | | | " |
| A-20 | Beliaan Gettler, etc. v. F. Fox Benton, Jr., et al. | S.D.Tex. Bue | H-82-762 | | | | " |
| A-21 | Michael Debaets v. Houston Oil & Minerals Corp., et al. | S.D.Tex. Bue | H-82-1185 | | | | " |

JPML Form 4

### ATTORNEY SERVICE LIST
### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 509  --  In re Houston Oil Trust Securities Litigation

| | |
|---|---|
| TENNECO INC.<br>TENNECO ACQUISITION CO.<br>JAMES L. KETELSEN<br>David R. Hyde, Esquire<br>Cahill, Gordon & Reindel<br>80 Pine Street<br>New York, New York 10005 | KEPLINGER & ASSOCIATES<br>Darrel E. Reed, Jr., Esquire<br>Foreman & Dyess<br>4200 InterFirst Plaza<br>Houston, Texas  77002 |
| HOUSTON OIL & MINERALS CORP.<br>Richard B. Miller, Esquire<br>Baker & Botts<br>3000 One Shell Plaza<br>Houston, Texas  77002 | HOUSTON OIL TRUST<br>William E. Matthews, Esquire<br>Sewell & Riggs<br>800 Capital Bank Plaza<br>333 Clay<br>Houston, Texas  77002 |
| MORGAN STANLEY & CO., INC.<br>Richard N. Carrell, Esq.<br>Fulbright & Jaworski<br>800 Bank of the SW Bldg.<br>Houston, Texas  77002 | PATRICIA SNITZER (A-1)<br>Neal Schwarzfeld, Esquire<br>Schwarzfeld, Arnoff & Shore, P.C.<br>18 East 48th Street<br>New York, New York  10017 |
| FIRST INT'L. BANK IN HOUSTON, ETC.<br>J. Clifford Gunter, III, Esquire<br>Bracewell & Patterson<br>2900 S. Tower Pennzoil Place<br>Houston, Texas  77002 | OSCAR HYMAN, ETC. (A-2)<br>Arthur Toback, Esquire<br>1114 Ave. of the Americas<br>New York, New York  10036 |
| EPPLER-GUERIN & TURNER, INC.<br>MERRILL, LYNCH, PIERCE FENNER &<br>  SMITH, INC.<br>Morton L. Susman, Esquire<br>2290 Two Shell Plaza<br>Houston, Texas  77002 | TILLIE TARGOFF, ET AL. (A-3, A-10)<br>Bernard D. Fischman, Esquire<br>330 Madison Avenue<br>New York, New York  10017 |
| BEAR, STEARNS & CO.<br>Dennis J. Block, Esquire<br>767 Fifth Avenue<br>32nd Floor<br>New York, New York  10153 | A.P.M.C. ASSOC., INC. (A-4)<br>Lawrence N. Weiss, Esquire<br>Lawrence N. Weiss, P.C.<br>115 East 57th Street<br>New York, New York  10022 |
| F. FOX BENTON, JR./JON DAVID GOOCH<br>DEAN P. GUERIN/FRANK A. LIDDEL, JR.<br>S.C. OLIPHANT/ERWIN W. SMITH, JR.<br>J.C. WALTER, JR./JOHN E. WALTERS<br>Richard P. Keeton, Esq.<br>Scott, Douglass & Keeton<br>Ninth Floor<br>1300 Main St.<br>Houston, Texas  77002 | ARNOLD ARLOW, ETC. (A-5)<br>Stuart Wechsler, Esquire<br>122 East 42nd Street<br>New York, New York  10168 |
| | LOUIS B. PERILLO (A-6)<br>Thomas Henry Coleman, Esquire<br>Rifkind & Sterling<br>9454 Wilshire Blvd.<br>6th & 7th Floor<br>Beverly Hills, California  90212 |

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. ___2___

DOCKET NO. ___509___ -- In re Houston Oil Trust Securities Litigation

---

HOWARD FINE (A-7)
Ronald Litovitz, Esquire
Kreindler & Kreindler
99 Park Avenue
New York, New York  10016

ESTHER NEMO, ETC. (A-8)
Gene Mesh, Esquire
Gene Mesh Co., L.P.
3133 Burnett Avenue
Cincinnati, Ohio  45229

ANTHONY BARSANTI, ET AL. (A-9)
Stanley Nemser, Esquire
Wolf, Popper, Ross, Wolf & Jones
845 Third Avenue
New York, New York  10022

DENCO (A-11)
Burton L. Knapp, Esquire
Lowey , Dannenberg & Knapp, P.C.
747 Third Avenue , 31st Floor
New York, New York  10017

FREDERICK V. RAND (A-12)
Martha A. Evans, Esquire
Saccomanno, Clegg, Martin & Kipple
2 Houston Center, Suite 800
Houston, Texas  77010

SEYMOUR BEINDER, ET AL. (A-13)
Daniel W. Krasner, Esquire
Wolf, Haldenstein, Adler,
  Freeman, & Herz
270 Madison Avenue
New York, New York  10016

CHARLOTTE LIBAUER (A-14)
David J. Bershad, Esquire
Milberg, Weiss, Bershad & Specthrie
One Pennsylvania Plaza
New York, New York  10119

DR. IRVING ROSENBERG (A-15)
Alvin J. Ivers, Esquire
1315 Walnut St., 15th Floor
Philadelphia, Pa.  19107

MARSHALL J. DANIEN, ETC. (A-16)
David H. Marion, Esquire
Kohn, Savett, Marion & Graf
Suite 1214 IVB Bldg.
1700 Market St.
Philadelphia, Pa.  19103

ROSE CAMMER, ET AL. (A-17)
Moshe Balsam, Esquire
Schoengold & Sporn, P.C.
217 Broadway
New York, New York 10007

MORTON B. KONIG (A-18)
Stephen D. Susman, Esquire
1200 Milam, Suite 900
Houston, Texas 77002

HOWARD SLOAN, ETC. (A-19)
Arthur N. Abbey, Esquire
212 East 39th Street
New York, New York  10016

BELIAAN GETTLER, ETC. (A-20)
Stanley R. Wolfe, Esquire
Berger & Mountague
1622 Locust St.
Philadelphia, Pa.  19103

MICHAEL DEBAETS (A-21)
Jack Corinblit , Esquire
Corinblit , Shapero & Seltzer
3700 Wilshire Blvd
Suite 820
Los Angeles, Calif. 90010

JPML FORM 3

p. ___1___

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _509_ -- _In re Houston Oil Trust Securities Litigation_

| Name of Party | Named as Party in Following Actions |
|---|---|
| Bear Stearns & Co. | A-1, A-2, A-6 |
| Houston Oil Trust | A-1, A-2, A-3, A-4, A-5, A-7, A-8, A-9, A-10, A-11, A-12, A-13, A-14, A-15, A-16, A-17, A-13, A-19, A-21 |
| Houston Oil & Minerals Corp. | A-1, A-2, A-3, A-4, A-5, A-6, A-9, A-11, A-11, A-12, A-13, A-14, A-15, A-16, A-17, A-13, A-19, A-21 |
| Keplinger & Assoc, Inc. | A-1, A-3, A-3, A-4, A-5, A-6, A-7, A-8, A-9, A-10, A-11, A-12, A-13, A-14, A-15, A-16, A-17, A-13, A-19, A-20, A-21 |
| Tenneco, Inc. | A-1, A-2, A-3, A-4, A-5, A-6, A-7, A-8, A-9, A-10, A-13, A-14, A-15, A-16, A-17, A-13, A-19, A-20, A-21 |
| First Int'l Bank in Houston, N.A., as trustee of Houston Oil Trust | A-2, A-3, A-4, A-5, A-8, A-9, A-10, A-13, A-14, A-16, A-13, A-19, A-21 |
| Tenneco Acquisition Co. | A-7, A-8, A-11, A-12, A-20 |
| F. Fox Benton, Jr. | A-11, A-12, A-13, A-14, B-15, A-16, A-17, A-20 |
| Dean P. Guerin | A-11, A-12, A-13, A-14 |
| Frank A. Liddell, Jr. | A-11, A-12, A-13, A-14 |
| S. C. Oliphant | A-11, A-12, A-13, A-14 |

p. __2__

| | |
|---|---|
| Erwin J. Smith, Jr. | A-11, A-12, A-13, A-14 |
| J. C. Walter, Jr. | A-11, A-12, A-13, A-14, A-15, A-16, A-17, A-20 |
| John E. Walters | A-11, A-12, A-13, A-14, A-15, A-16 |
| J David Gooch | A-15, A-16 |
| James L. Ketelsen | A-20 |
| Morgan Stanley & Co., Inc. | A-20 |
| Merrill, Lynch, Pierce, Fenner & Smith, Inc. | A-20 |
| Eppler Guerin & Turner, Inc. | A-20 |
| | |
| | |
| | |