AUG 23 1982

DOCKET NO. 509

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE HOUSTON OIL TRUST SECURITIES LITIGATION

ORDER DENYING MOTION AS MOOT

On June 3, 1982, certain defendants in this docket moved the Panel, pursuant to 28 U.S.C. §1407, for an order transferring five actions pending in the Southern District of New York and one action pending in the Central District of California to the Southern District of Texas for coordinated or consolidated pretrial proceedindgs with fifteen actions pending there. Subsequently the actions pending outside the Southern District of Texas have either been transferred to that district pursuant to 28 U.S.C. §1404 or dismissed.1/

IT IS THEREFORE ORDERED that the motion pursuant to 28 U.S.C. §1407 for centralization of actions listed on the attached Schedule A be, and the same hereby is, DENIED as moot.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

---

1/ The dismissed actions are Louie B. Terillo, etc. v. Tenneco, Inc., et al., C. D. California, C. A. No. 82-1344; Oscar Hyman, etc. v. Houston Oil Trust, et al., S. D. New York, C. A. No. 82-1435; Patricia Snitzer, etc. v. Bear Stearns & Co., et al., S. D. New York, C. A. No. 82-1347.

Schedule A

MDL-509 -- In re Houston Oil Trust Securities Litigation

Southern District of Texas

Howard Fine v. Houston Oil Trust, et al.,
C.A. No. H-82-551
Esther Nemo, etc. v. First Int'l Bank in Houston, NA, Trustee of Houston Oil Trust, et al., C.A. No. H-82-552
Anthony Barsanti, et al. v. Houston Oil & Minerals Corp., et et al., C.A. No. H-82-554
Tillie Targoff, et al. v. Houston Oil & Minerals Corp., et al., C.A. No. H-82-555
Denco v. F. Fox Benton, Jr., et al.,
C.A. No. H-82-566
Frederick Rand v. Houston Oil Trust, et al.,
C.A. No. H-82-571
Seymour G. Beinder, et al. v. Houston Oil & Minerals Corp., et al., C.A. No. H-82-643
Charlotte Libauer v. F. Fox Benton, Jr., et al.,
C.A. No. H-82-644
Dr. Irvin Rosenberg, etc. v. Houston Oil Trust, et al.,
C.A. No. H-82-645
Marshall J. Danien, etc. v. Houston Oil Trust, et al.,
C.A. No. H-82-646
Rose Cammer, et al. v. Houston Oil Trust, et al.,
C.A. No. H-82-688
Morton B. Konig v. Houston Oil & Minertals Corp., et al.,
C.A. No. H-82-969
Howard Sloan, etc. v. Houston Oil & Minerals Corp., et al.,
C.A. No. H-82-731
Beliaan Gettler, etc. v. F. Fox Benton, Jr., et al.,
C.A. No. H-82-762
Michael Debaets v. Houston Oil & Minerals Corp., et al.,
C.A. No. H-82-1185
Tillie Targoff, et al., etc. v. Houston Oil & Minerals Corp., et al., C.A. No. H-82-1800 (formerly S.D.N.Y., 82 Civ. 1159)
A.P.M.C. Assoc., Inc., etc. v. Houston Oil & Minerals Corp., et al., C.A. No. H-82-1799 (formerly S.D.N.Y., 82 Civ. 1836)
Arnold Arlow, etc. v. Houston Oil Trust, et al.,
C.A. No. H-82-1798 (formerly S.D.N.Y., 82 Civ. 1617)